# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **No.  1:20-CR-00189-RP** |
| | § | |
| **(18) EDWARD KEANE,** | § | |
| *Defendant* | § | |

## ORDER

Before the Court is Defendant's Unopposed Motion to Conduct Plea Hearing By Videoconference, Dkt. 610. The District Court referred this motion to the undersigned for resolution pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(A), and Rule 44 of the Federal Rules of Criminal Procedure. Dkt. 611. The motion indicates that Defendant resides in the Western District of Pennsylvania, that he is the primary caretaker for his 7-year-old son during the work day, and that travel to Austin, Texas for the purpose of personally appearing for his guilty-plea hearing would result in either costly airfare or a multi-day car trip, requiring him to find alternative care for his son. Dkt. 610. The motion further indicates that the Assistant United States Attorney assigned to the case does not oppose the request. *Id.*

In light of these circumstances, the Court concludes that Defendant has established good cause to appear via videoconference for his guilty-plea hearing. Instructions to connect to the video hearing will be distributed via email to all counsel of record prior to the hearing.

SIGNED September 2, 2022.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATGE JUDGE